UNITED STATES of America, Plaintiff–Appellee,

v.

Manuel RODRIGUEZ, Defendant–Appellant.

No. 14–10117

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 31, 2014.

John Claud, Matthew S. Ebert, Richard N. Goldberg, U.S. Department of Justice, Washington, DC, Wifredo A. Ferrer, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Timothy Cone, Federal Public Defender's Office, Fort Pierce, FL, Michael D. Spivack, Federal Public Defender's Office, Fort Lauderdale, FL, Michael Caruso, Federal Public Defender, Federal Public

Defender's Office, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and FAY, Circuit Judges.

PER CURIAM:

Timothy Cone, appointed counsel for Manuel Rodriguez in this appeal from his resentencing following our opinion in *United States v. Rodriguez*, 732 F.3d 1299 (11th Cir.2013), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rodriguez's sentences are **AFFIRMED.**